UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HANNIBAL WHEATLEY, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

        -v-

DNP-Y, INC. d/b/a FRESHLY BAKED NYC 2; and
DNP-Z, INC d/b/a FRESHLY BAKED NYC,

                        Defendants.
-----------------------------------------------------------------------X

24-CV-07300 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendants' websites are not accessible to blind and visually impaired customers and, thus, violate Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                     JESSE M. FURMAN
                                             United States District Judge