**FALCON RAPPAPORT & BERKMAN**LLP

November 19, 2024

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *HANNIBAL WHEATLEY, on behalf of himself and all others similarly situated v. DNP-Y, INC. d/b/a FRESHLY BAKED NYC 2 et al*
<u>Case No. 1:24-cv-07300-JMF-JW</u>

Dear Judge Furman:

We represent Defendants DNP-Y, INC. d/b/a Freshly Baked NYC 2 and DNP-Z, INC d/b/a Freshly Baked NYC (collectively the "Defendants"), in connection with the above referenced matter, having been retained today, November 19, 2024.

We write with the consent of Plaintiff to request an extension of time, of two weeks, through and including December 3, 2024, for Defendants to answer, move or otherwise respond to Plaintiff's Complaint. This time is needed for Defendants to finalize their response to the Complaint.

This is the first request for an extension of the deadline and, if granted, it will not affect any other scheduled dates.

We thank the Court for its consideration in this regard.

Respectfully submitted,

**Falcon Rappaport & Berkman LLP**

*/s/ Ruth Bogatyrow Kraft*
Ruth Bogatyrow Kraft, Esq. (RK5227)

cc: Jon L. Norinsberg, Esq. (via ECF)

265 SUNRISE HIGHWAY | SUITE 50
ROCKVILLE CENTRE, NEW YORK 11570
P: (516) 599-0888 F: (516) 599-0889