## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

February 12, 2025

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **Hannibal Wheatley v. DNP-Y, Inc.**
      **Case No. 1:24-CV-07300-JMF-JW**

Dear Judge Willis,

  We represent Plaintiff Hannibal Wheatley ("Plaintiff") in the above referenced ADA matter. We write now to respectfully inform the Court that the Parties have reached a settlement in principle in this action.

  In light of the anticipated settlement, we respectfully request that all currently pending deadlines and conferences in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                Respectfully submitted,

                Arjeta Albani, Esq.